# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| **WACOM CO., LTD.,** | |
| **Plaintiff,** | **Civil Action No.: 2:24-cv-702** |
| **v.** | |
| **SHENZHEN QIANFENYI INTELLIGENT TECHNOLOGY CO., LTD.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE CORRECTED MOTION FOR CONSENT JUDGMENT

COME NOW, Plaintiff Wacom Co., Ltd. and Defendant Shenzhen Qianfenyi Intelligent Technology Co., Ltd. (collectively, the "Parties"), and file this Joint Motion to Extend Deadline to File Corrected Motion for Consent Judgment as show the Court as follows:

Pursuant to this Court's June 2, 2026 Order (Dkt. 118) the deadline for the parties to file a corrected motion for entry of consent judgment is June 16, 2026.  Due in part to the parties both being located overseas and the associated time differences, the Parties need an additional thirty (30) days to file the corrected motion.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

1

Dated: June 15, 2026

Respectfully submitted,

/s/ *Michael Zachary by permission Elizabeth L. DeRieux*
Michael N Zachary
Marc Belloli
Jerry Tice, II
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
650-351-7248
Fax: 415-426-4744
Email: mzachary@bdiplaw.com
Email: mbelloli@bdiplaw.com
Email: jtice@bdiplaw.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
903-845-5770
Email: ederieux@capshawlaw.com


ATTORNEYS FOR PLAINTIFF

/s/ *Mark A. Miller by permission Elizabeth L. DeRieux*
Mark A. Miller
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
(801) 933-7360
miller.mark@dorsey.com

Hui Shen
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington DC, 20005
(202) 442-3000
shen.hui@dorsy.com

Shannon Bjorklund
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500

Minneapolis, MN 55402

2

(612) 340-2600
bjorklund.shannon@dorsey.com

Erin Kolter
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
kolter.erin@dorsey.com

William Cravens
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80203
(720) 629-3400
cravens.william@dorsey.com

Charles Ainsworth
PARKER BUNT & AINSWORTH
100 E Ferguson
Suite 418
Tyler, TX 75702
(903) 531-3535
charley@pbatyler.com
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Defendant and Counterclaim
Plaintiff SHENZHEN QIANFENYI
INTELLIGENT TECHNOLOGY CO., LTD.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with

counsel for Defendant and this motion is being filed jointly.


*/s/ Elizabeth L. DeRieux*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 15, 2026, pursuant to Local Rule CV-5(a) and has been served on all counsel who consented to electronic service.

*/s/ Elizabeth L. DeRieux*