# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| WACOM CO., LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-CV-00702-JRG |
| SHENZHEN QUIANFENYI | § | |
| INTELLIGENT TECHNOLOGY CO., | § | |
| LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Extend Deadline to File Corrected Motion for Consent Judgment (the "Motion"). (Dkt. No. 119). In the Motion, the parties move to extend the deadline for the parties to file a corrected motion for entry of consent judgment by thirty days. (*Id.* at 1).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline to file a corrected motion for consent judgment is **extended** by thirty (30) days.

## So Ordered this

**Jun 18, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2